# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>Armando Ochoa<br><br>          Defendant. | Case No.: CR 05-12-RGK<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CAL___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___no evid. submitted by ∆; nature of the charges,___

1  involving FTA's

4  and/~~or~~

5  B.  (✓) The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: no evid submitted by ∆; nature of charges re use of drugs

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 9/~~8~~ 6/12

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE