JS - 3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No. CR 05-00012-RGK-3 |
| Plaintiff,   ) | |
| ) | **AMENDED** JUDGMENT AND |
| v.   ) | COMMITMENT ORDER FOLLOWING |
| ) | REVOCATION OF SUPERVISED RELEASE |
| ARMANDO OCHOA,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

On September 25, 2012, the matter came on for Revocation of Supervised Release. Appearing on behalf of the Defendant was CJA Panel Attorney Errol Stambler, and appearing on behalf of the Government was Assistant United States Attorney Ronald Cheng.  Also present was United States Probation Officer Gregory Metoyer.

The Defendant admitted to the truthfulness of Allegations One, Two, Three, Four, Five and Six contained in the Petition on Probation and Supervised Release filed on September 13, 2012.

The Court found the Defendant to have violated the terms and conditions of  Supervised Release as set forth in the Judgment and Commitment Order filed in the United States District Court, at Los Angeles, California, on February 13, 2006.  The Court ORDERS Supervised Release revoked as to Count 4 and proceeds with sentencing.

It is the Order of the Court that the defendant, Armando Ochoa, be committed to the custody of the Bureau of Prisons for a period of SIX (6) MONTHS.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of THIRTY-SIX (36) MONTHS, under the conditions originally imposed, with the following additional conditions:

- The defendant shall reside at and participate in an approved residential drug treatment and counseling program approved by the U.S. Probation Office, that includes urinalysis, saliva and/or sweat patch testing for treatment of narcotic addiction or drug dependency, until discharged by the Probation Officer, or Program Director;

- The defendant shall reside and participate at a residential reentry center (RRC) for a period of at least 120 days, or until favorably discharged by the program director, with the approval of the Probation Officer;

- The residential reentry center's subsistence fees shall be waived;

- The residential reentry center requirement shall be suspended while the defendant is successfully participating in residential substance abuse treatment, outpatient substance treatment or testing, and can be enforced by the Probation Officer upon a determination of return to illegal substance use; and

- If the defendant is not able to obtain employment, he shall participate in a workforce development program or other similar program, which includes occupational/career development, including but not limited to assessment, testing, education, training classes, career guidance, employment search, and retention services, as directed by the Probation Officer.

**IT IS SO ORDERED.**

Dated: December 11, 2012

_____
R. GARY KLAUSNER
United States District Judge

FILED:

TERRY NAFISI, CLERK

by:        /s/
        Sharon L. Williams
        Deputy Clerk

3